IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| MAURICE JOHNSON, JR.,<br>　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent. | )<br>)<br>)　Civil No. 7:09-CV-118-O-KA<br>)<br>)　Criminal No. 7:06-CR-008-O-KA<br>)<br>) |

ORDER ACCEPTING FINDINGS OF FACT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the motion to correct, vacate, or set aside sentence is DENIED.

The Clerk of Court shall transmit copies of this Order to the Movant and to Counsel for Respondent.

SO ORDERED this 25th day of June, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**